

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

(*Electronically Filed*)

February 20, 2013

The Honorable Christopher C. Conner
United States District Judge
U.S. District Court, Middle District of Pennsylvania
U.S. Federal Building & Courthouse
P.O. Box 847
Harrisburg, PA 17108-0847

Re:   **Bliss v. Allied Interstate, Inc., 1: 12-CV-736 (Conner, J.)**

Dear Judge Conner:

Settlement has been achieved on the fee petition. The motion (Document 15) is now moot.

Thank you for this assignment. I look forward to serving the court in this capacity again if you deem it appropriate.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett