IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFF BLISS,** | : | **CIVIL ACTION NO. 1:12-CV-736** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ALLIED INTERSTATE, INC.,** | : | |
| Defendant | : | |

# **O R D E R**

Counsel having reported to the court that this action has been settled, but it appearing that plaintiff's motion for attorney fees (Doc. 15) is still outstanding, it is hereby ORDERED that:

1. The motion for attorney fees (Doc. 15) is DENIED as moot.

2. This action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge

Dated:    February 20, 2013